UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    PLAINTIFF

VS.

MOHAMMAD ABDELELAH
AL BARBARAWI,
    Defendant

CASE NO. 1:17-CR-00302-KPF-2

APPOINT PUBLIC DEFENDER

Dear Honorable Katherine Polk Failla,

I hope this letter finds you well. I am writing to you this letter requesting if you could appoint a Public Defender to file a Covid-19 Compassionate Release Motion on my behalf with the Court. Thank You.

Date: October 25, 2020

Sincerely,

Mohammad Abdelelah Al Barbarawi
Reg. No. 52364-424

Moshannon Valley Corr. Fac.
555 Geo Dr.
Philipsburg, PA 16866

The Court is in receipt of Mr. Al Barbarawi's request for the appointment of counsel to assist with a compassionate release motion.  (Dkt. #257). The Court observes that Mr. Al Barbarawi was represented by retained counsel before this Court, and that he has not completed a financial affidavit substantiating his entitlement to the appointment of counsel under the Criminal Justice Act.  Accordingly, the Court will provisionally grant the appointment of counsel under these circumstances:

The CJA clerk shall identify a member of the CJA panel with an upcoming duty day who does not have any conflict in representing Mr. Al Barbarawi. That attorney will be appointed to represent Mr. Al Barbarawi for the purpose of assisting him, as appropriate, in the preparation of a compassionate release motion.  This appointment, however, is contingent on the Court's receiving from Mr. Al Barbarawi a completed financial affidavit, using the attached form, on or before **December 4, 2020.**

The Clerk of Court is directed to mail a copy of this endorsement to Mr. Al Barbarawi at his address of record.

Date:   November 10, 2020          SO ORDERED.
        New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

| SDNY<br>CJA 23<br>(Rev. 1/12) | **FINANCIAL AFFIDAVIT**<br>IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

**IN THE UNITED STATES** ❏ DISTRICT COURT  ❏ COURT OF APPEALS  ❏ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ❏ Defendant - Adult
2 ❏ Defendant - Juvenile
3 ❏ Appellant
4 ❏ Probation Violator
5 ❏ Supervised Release Violator
5 ❏ Habeas Petitioner
7 ❏ 2255 Petitioner
8 ❏ Material Witness
9 ❏ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box→)*  ❏ Felony  ❏ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOY-MENT**
Are you now employed?  ❏ Yes  ❏ No  ❏ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed?  ❏ Yes  ❏ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ❏ Yes  ❏ No
RECEIVED  SOURCES
IF YES, give the amount received and identify the sources  $ _____  _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts?  ❏ Yes  ❏ No  IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ❏ Yes  ❏ No
VALUE  DESCRIPTION
IF YES, give value and description for each  $ _____  _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
  Single
  Married
  Widowed
  Separated or Divorced
Total No. of Dependents _____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*
DESCRIPTION  TOTAL DEBT  MONTHLY PAYMENT
_____  $_____  $_____

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT *(OR PERSON REPRESENTED)*  Date

_____
FD/CJA/RET. ATTORNEY  (PRINT)

❏ APPROVED  ❏ DENIED

_____
ASSISTANT UNITED STATES ATTORNEY (PRINT)

_____
SIGNATURE OF JUDICIAL OFFICER  DATE