UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

MOHAMMAD ABDELELAH AL BARBARAWI,

Defendant.

17 Cr. 302-2 (KPF)

**ORDER APPOINTING COUNSEL**

---

KATHERINE POLK FAILLA, District Judge:

By Order dated November 10, 2020, the Court conditionally appointed counsel under the Criminal Justice Act to assist Defendant with an anticipated motion for compassionate release, pending submission of a completed financial affidavit. (Dkt. #258). On November 23, 2021, the Court received and approved Mr. Al Barbarawi's financial affidavit. (Dkt. #259). On November 24, 2020, the CJA Clerk informed counsel by email of the appointment to represent Mr. Al Barbarawi. To date, the Court has not received any submission on behalf of Mr. Al Barbarawi. For the avoidance of doubt, the Court hereby appoints Kelley Sharkey under the Criminal Justice Act to represent Defendant Mohammad Abdelelah Al Barbarawi for the limited purpose of pursuing a motion for compassionate release.

Defendant's motion and supporting papers shall be due on or by May 17, 2021. The Government's opposition, if any, shall be due within two weeks of Defendant's motion. Defendant's reply, if any, shall be due within two weeks of the Government's opposition.

The Clerk of Court is directed to mail a copy of this Order to Defendant at the following address:

Mohammad Al Barbarawi, 52364-424
USP Lewisburg
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA  17837

SO ORDERED.

Dated:   April 16, 2021
         New York, New York

*[signature]*

KATHERINE POLK FAILLA
United States District Judge