UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                                        Docket No.17 Cr. 302 (KPF)

Mohammad Abdeleah Al Barbarawi,

                      Defendant
---------------------------------------------------X

It is apparent that the full and most recent medical record maintained by the BOP for inmate Mohammad Abdeleah Al Barbarawi, inmate id.52364-424, is necessary in order to proceed with his request for Compassionate Release. It is hereby **ORDERED** that the BOP provide an electronic copy of Mohammad Abdeleah Al Barbarawi medical record to defense counsel, Kelley J. Sharkey forthwith.

Dated:    April 26, 2021
             New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE